# REMCO INDUSTRIES, INC., Appellant,

v.

## TOYOMENKA, INC. and Bert Gorman, Inc. d/b/a Bert Gorman & Associates, Appellees.

### No. 551, Docket 32386.

United States Court of Appeals
Second Circuit.

Argued June 19, 1968.

Decided June 27, 1968.

Haynes N. Johnson, and Robertson, Bryan, Parmelee & Johnson, Stamford, Conn. (Roland T. Bryan and Paul L. Bollo, Stamford, Conn., of counsel), for appellant.

Harold Baer, Jr., New York City (William J. Cohen, Joel H. Kagan, Howard B. Weinreich and Guggenheimer & Untermyer, New York City, on the brief), for appellees.

Before MOORE, FRIENDLY and FEINBERG, Circuit Judges.

### PER CURIAM:

Appellant, Remco Industries, Inc., initiated the present action against appellees Toyomenka, Inc. and Bert Gorman & Associates for unfair competition and violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). The complaint which sought a permanent injunction and damages, alleged that appellees were unfairly competing in the sale of a certain toy jeep. A motion for a preliminary injunction enjoining the appellees, during the pendency of the action, from engaging in continued acts of unfair competition and trademark infringement was denied by Hon. Frederick vanPelt Bryan, 286 F.Supp. 948 (S.D. N.Y. April 26, 1968). We affirm for the reasons stated in Judge Bryan's thorough opinion.

# UNITED STATES ex rel. Chester ORSINI, Appellant,

v.

## Frederick REINCKE, Warden, Appellee.

### No. 530, Docket 32348.

United States Court of Appeals
Second Circuit.

Argued June 13, 1968.

Decided June 24, 1968.

Igor I. Sikorsky, Jr., Hartford, Conn., for appellant.

Richard P. Sperandeo, Asst. State's Atty., New Haven, Conn. (George R. Tiernan, State's Atty., on the brief), for appellee.

Before SMITH, KAUFMAN and HAYS, Circuit Judges.

### PER CURIAM:

Chester Orsini, confined in the Connecticut State Prison after conviction of aiding and abetting the commission of an abortion, sought relief by writ of habeas corpus on the ground that the conviction was void for lack of jurisdiction of the person and for lack of a speedy trial. The District Court for the District of Connecticut, M. Joseph Blumenfeld, Judge, after hearing, denied relief, and Orsini appeals. We affirm the judgment on the grounds given in Judge Blumenfeld's thorough and reasoned opinion. 286 F.Supp. 974.